# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. SACV 17-01671-CJC(JCGx)            Date: December 13, 2017

Title: <u>POTA TSIRTSIS AND JAMES TSIRTSIS V. COMMONWEALTH BUSINESS BANK AND INTEGRATED LENDER SERVICES, INC.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Melissa Kunig</u>                          <u>   N/A   </u>
Deputy Clerk                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                              None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE AND ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION**

       Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing. *See* Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for December 18, 2017, at 1:30 p.m. is hereby vacated and off calendar.

       Plaintiffs Pota Tsirtsis and James Tsirtsis brings this action against Defendants Commonwealth Business Bank and Integrated Lender Services, Inc., alleging various causes of action related to a loan Plaintiffs procured in 2007. (Dkt. 1; Dkt. 13 [First Amended Complaint, hereinafter "FAC"].)

       The Court has serious concerns about whether it has jurisdiction over this case. Whether subject matter jurisdiction exists may be raised by the Court *sua sponte* at any time. *See* Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action."). Plaintiffs have alleged federal question jurisdiction under 28 U.S.C. § 1331. (FAC ¶ 13.) Plaintiffs bring one federal claim, a violation of the Equal Credit Opportunity Act ("ECOA"). But, there are no facts alleged giving rise to the ECOA claim, and it appears on the face of the FAC that the statute of limitations has run.

Plaintiffs are hereby **ORDERED** to show cause why this action should not be dismissed for lack of jurisdiction. Plaintiffs shall file a response to the Court's order by **December 20, 2017**. Defendants shall file any reply by **December 29, 2017**. The matter will be decided on the papers without any hearing. Defendants' pending motion to dismiss, (Dkt. 17), is **DISMISSED WITHOUT PREJUDICE**. Defendants may re-file their motion if the Court determines it has jurisdiction over this case.

sl

MINUTES FORM 11
CIVIL-GEN　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk MKU